UNITED STATES DISTRICT COURT
**District of Maine**

| | |
|---|---|
| FRANKLIN SALCEDO, </br>Plaintiff </br></br>v. </br>MICHAEL VITIELLO, MARIE GERRY, </br>YVONNE PEABBLES, CORRECT CARE </br>SOLUTIONS LLC and YORK COUNTY, </br>Defendants | Docket No. 2:17-CV-00018-JAW |

**DEFENDANTS YORK COUNTY AND MICHAEL VITIELLO'S ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendants York County and Michael Vitiello, by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

**AFFIRMATIVE DEFENSES**

A.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.  Defendant Vitiello is entitled to qualified immunity.

C.  Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

D.  Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than the Defendants.

E.  Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

F. Plaintiff has failed to mitigate his damages as required by law.

## **ANSWER**

### INTRODUCTION

1. These Defendants deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

### JURISDICTION AND VENUE

2. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response.

3. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this Court has jurisdiction over these claims.

4. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this Court has jurisdiction over these claims.

5. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that venue is proper in this judicial district.

6. These Defendants deny the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

PARTIES

8. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

9. These Defendants admit the first sentence of this paragraph. These Defendants deny the second and third sentences of this paragraph. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in the fourth and fifth sentences of this paragraph of Plaintiff's Complaint and therefore deny same.

10. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

11. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

12. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

13. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

STATEMENT OF FACTS

14. These Defendants admit that on September 7, 2016, the Plaintiff was committed to the custody of the York County as a pre-trial detainee. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

15. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

16. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

17-46. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

47. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

48. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

49. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

50. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

51. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

52. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore

deny same.

53.  These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

54.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

CAUSES OF ACTION

Count 1 - 42 U.S.C. § 1983 – Fourteenth Amendment
(As to Michael Vitiello, Marie Gerry and Yvonne Peabbles)

55.  These Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 54 of Plaintiff's Complaint as if fully set forth herein.

56-61.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

62-64.  These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

Count 2 - 42 U.S.C. § 1983 – Fourteenth Amendment
As to Michael Vitiello, Marie Gerry and Yvonne Peanbles

65.  These Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 64 of Plaintiff's Complaint as if fully set forth herein.

66-71.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

5

72-75.  These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

Count 3 - 42 U.S.C. § 1983 – Fourteenth Amendment
As to Correct Care Solutions, LLC

76.  These Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 75 of Plaintiff's Complaint as if fully set forth herein.

77-90.  These allegations do not pertain to the County Defendants.  To the extent that the County Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

Count 4 - 42 U.S.C. § 1983 – Fourteenth Amendment
As to York County

91.  These Defendants repeat and reassert their responses to the allegations contained in Paragraphs 1 through 90 of Plaintiff's Complaint as if fully set forth herein.

92-95.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

96-103.  These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

WHEREFORE, these Defendants pray for judgment in their favor against Plaintiff on each and every count of Plaintiff's Complaint, plus costs, interest, and attorneys fees.

Dated:  February 14, 2017 /s/  Peter T. Marchesi
Peter T. Marchesi, Esq.

        /s/  Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.
Attorneys for Defendants Vitiello and York County
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME  04903-0376

UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| FRANKLIN SALCEDO, <br> Plaintiff <br> <br> v. <br> MICHAEL VITIELLO, MARIE GERRY, YVONNE PEABBLES, CORRECT CARE SOLUTIONS LLC and YORK COUNTY, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 2:17-CV-00018-JAW |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, Esq., attorney for Defendants Vitiello and York County hereby certify that:

● Defendants York County and Michael Vitiello's Answer and Affirmative Defenses

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Zachary L. Heiden, Esq.    *zheiden@aclumaine.org*
    Jamesa J. Drake, Esq.    *jamesa_drake@hotmail.com*
    Robert C. Hatch, Esq.    *rhatch@thompsonbowie.com*

Dated: February 17, 2017            /s/ Peter T. Marchesi
                                                              Peter T. Marchesi, Esq.
                                                              Attorney for York County Defendants
                                                              Wheeler & Arey, P.A.
                                                              27 Temple Street, P.O. Box 376
                                                              Waterville, ME 04903-0376