# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRANKLIN SALCEDO,            )<br>                              )<br>       Plaintiff,            )<br>                              )<br>       v.                     )<br>                              )   Civil Action 2:17-cv-00018-JAW<br>MICHAEL VITIELLO; MARIE GERRY; )<br>YVONNE PEABBLES; CORRECT CARE )<br>SOLUTIONS, LLC; and YORK       )<br>COUNTY, MAINE.                )<br>                              )<br>       Defendants.            )<br>                              )| |

## **STIPULATION OF DISMISSAL**

Plaintiff Franklin Salcedo and Defendants Michael Vitiello and York County hereby stipulate to the dismissal of all claims against Michael Vitiello and York County in this matter, with prejudice and without costs to any party.

Dated: March 8, 2017        /s/ Zachary L. Heiden
                            Zachary L. Heiden, Esq.
                            Counsel for Plaintiff Franklin Salcedo

Dated: March 8, 2017        /s/ Peter T. Marchesi
                            Peter T. Marchesi, Esq.
                            Counsel for Defendants Michael Vitiello
                            and York County

## CERTIFICATE OF SERVICE

The undersigned certifies that he has electronically filed this date the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following counsel of record:

| | |
|---|---|
| Peter T. Marchesi, Esq.<br>Wheeler & Arey, P.A.<br>27 Temple Street, P.O. Box 376<br>Waterville, ME 04903-0376 | Robert C. Hatch, Esq.<br>Thompson Bowie & Hatch LLC<br>415 Congress Street<br>P.O. Box 4630<br>Portland, ME 04112 |
| Counsel for defendants MICHAEL VITIELLO; and YORK COUNTY. | Counsel for defendants CORRECT CARE SOLUTIONS, LLC; MARIE GERRY; and YVONNE PEABBLES. |
| Dated:  March 8, 2017 | /s/ Zachary L. Heiden<br>Zachary L. Heiden<br>Counsel for Plaintiff Franklin Salcedo |