UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| FRANKLIN SALCEDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| MICHAEL VITIELLO, York County Jail | ) |
| Superintendent; MARIE GERRY, York | ) |
| County Jail Medical Director; YVONNE | )   Civil No. 2:17-cv-00018-DBH |
| PEABBLES, Nurse Practitioner at York | ) |
| County Jail; and CORRECT CARE | ) |
| SOLUTIONS, LLC, medical provider at | ) |
| York County Jail; and YORK COUNTY | ) |
| MAINE | ) |

## STIPULATION OF DISMISSAL

NOW COME the parties to the above captioned-action and, pursuant to Rule 41 of the

Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Correct Care Solutions,

LLC with prejudice, and without costs, interest, or attorney fees to any party.  This filing

represents a culmination of this action.

Dated at Portland, Maine this 5th day of February, 2018.


/s/ *James G. Monteleone*
James G. Monteleone, Esq.
David A. Soley, Esq.

**BERNSTEIN SHUR SAWYER & NELSON**
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-2059
207-774-1200

/s/ *Zachary L. Heiden*
Zachary L. Heiden Esq.
Attorney for Plaintiff

**AMERICAN CIVIL LIBERTIES UNION
OF MAINE FOUNDATION**
121 Middle Street
Suite 301
Portland, Maine 04101
207-774-5444


/s/ *Robert C. Hatch*
Robert C. Hatch, Esq.
Attorney for Correct Care Solutions,
Yvonne Peabbles, and Marie Gerry

**THOMPSON BOWIE & HATCH LLC**
415 Congress Street
P.O. Box 4630
Portland, Maine 04112-4630
207-774-2500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2018, I electronically filed a Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

/s/ *James G. Monteleone*
James G. Monteleone, Esq.
David A. Soley, Esq.

**BERNSTEIN SHUR SAWYER & NELSON**
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-2059
207-774-1200